The People of the State of Illinois, defendant in error, v. Clayton E. Trump, plaintiff in error. Gen. No. 7,113.

Prosecution for obtaining money by false pretenses. Defendant found guilty. Error to the Circuit Court of Whiteside county; the

Hon. Nels A. Larson, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed May 17, 1923. Rehearing denied July 17, 1923. (

J. J. Ludens and H. H. Waite, for plaintiff in error. Robert W. Besse and Carl E. Sheldon, for defendant in error.

Per Curiam.